**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02328-CMA-KLM

DUNIA ABBAS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL, INC.,

    Defendant.

## ORDER OF RECUSAL

Upon review of the file, the Court notes that immediately prior to being appointed as U.S. District Court Judge for the District of Colorado, I was Managing Senior Counsel for the University of Colorado at Boulder.  Based on such past professional relationship with the University of Colorado, I believe that I should recuse myself.  It is, therefore,

ORDERED that the judge's file be returned to the clerk and that this case be reassigned by random draw.

DATED:  September __06__, 2012

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge