**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02328-CMA-KLM

DUNIA ABBAS,

      Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL, INC.,

      Defendant.

---

### ORDER OF RECUSAL

---

      Upon review of the file, the Court notes that immediately prior to being appointed

as U.S. District Court Judge for the District of Colorado, I was Managing Senior Counsel

for the University of Colorado at Boulder.  Based on such past professional relationship

with the University of Colorado, I believe that I should recuse myself.  It is, therefore,

      ORDERED that the judge's file be returned to the clerk and that this case be

reassigned by random draw.

      DATED:  September __06__, 2012

                            BY THE COURT:

                            _Christine M Arguello_

                            _____

                            CHRISTINE M. ARGUELLO
                            United States District Judge