IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02328-REB-KLM

DUNIA ABBAS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL, INC.,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Robert E. Blackburn [#8] for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In view of the fact that I am Chair of the Colorado Commission on Family Medicine, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

    Dated: June 10, 2013

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge