**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02328-REB-KLM

DUNIA ABBAS,

Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL, INC.,

Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter is before me on the **Stipulated Motion to Dismiss With Prejudice** [#40][1] filed October 25, 2013. After reviewing the motion and the record, I conclude that the motion should be granted, and that this action should be dismissed with prejudice with each party to bear her or its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss With Prejudice** [#40] filed October 25, 2013, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set May 16, 2014, are **VACATED**;

3. That the jury trial set to commence June 2, 2014, is **VACATED**; and

---

1 "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 28, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge